**Sharon BROOKS, Appellant,**

v.

**Robert BROOKS, Respondent.**

No. ED 101845

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 27, 2015

Maia Brodie, Joshua R. Kolb (Co–Counsel), 222 South Central Avenue, Suite 708, Clayton, MO 63105, for appellant.

Scott C. Ehlermann, 655 Craig Road, Suite 252, Saint Louis, MO 63141, Karl W. Dickhaus, 11756 Borman Drive, Ste. 200, Saint Louis, MO 63146, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

PER CURIAM.

***ORDER***

Sharon Brooks ("Wife") appeals the judgment entered by the trial court dissolving her marriage to Robert Brooks ("Husband"). Wife claims the trial court erred in: (1) finding the property located

---

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

at 2720 Hallon Street in Idaho was separate and not marital property; and (2) awarding the full amount of equity in 2720 Hallon Street to Husband.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).